IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PHILIP A. COUSLIN, et ux., | * | Case No.: 93-3074 (MD)(1) |
| | * | Case No.: MDL-875 (PAE) |
| Plaintiffs | * | |
| | * | |
| v. | * | |
| | * | |
| ACandS, Inc., et al., | * | |
| | * | |
| Defendants | * | |

* * * * * * * * * *

O R D E R

1. On Motion of David Couslin and Kathleen Couslin for substitution in place of Philip A. Couslin, deceased, it appearing to the Court that the said Philip A. Couslin died testate on March 2, 1999; that the claim asserted by him in this action was not thereby extinguished; and that David Couslin and Kathleen Couslin have been duly appointed Co-Personal Representatives of the Estate of Philip A. Couslin, and are qualified and are acting as such.

2. On Motion of Elizabeth Couslin, plaintiff and surviving spouse of Philip A. Couslin, deceased, for the addition of her loss of consortium claim, it appearing to the Court that the said Philip A. Couslin died on March 2, 1999; that the Plaintiff, Elizabeth Couslin, and Plaintiff's decedent were husband and wife at the time of his death.

**IT IS ORDERED,** that David Couslin and Kathleen Couslin, Co-Personal Representatives of the Estate of Philip A. Couslin, be substituted as Plaintiffs herein in place of Philip A. Couslin,

(1)



deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Elizabeth Couslin, Plaintiff and surviving spouse of Philip A. Couslin, be permitted to add her loss of consortium claim to this action without prejudice to any proceedings heretofore had in this action.

_____
JUDGE
Charles R. Weiner

DATE: March 4, 2002

G:\WPFILES\2000DOCS.BSM\DOCBSM.016